IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:24-CV-01366 |
| NORTHWEST SHOPPING CENTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIRK MACKEY and Defendant, NORTHWEST SHOPPING CENTER, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 29th day of October, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/  Nolan Klein
Nolan Klein, Esq.
Southern District of Texas ID No. 3736373
Law Offices of Nolan Klein P.A.
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Tel: (877) 253-5406
klein@nklegal.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2024, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479