IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:24-CV-01366 |
| NORTHWEST SHOPPING CENTER, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Joint Stipulation of Dismissal with Prejudice filed October 29, 2024, is granted. All claims that were or could have been asserted by Plaintiff against Defendant, Northwest Shopping Center, LLC, are dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on  November 14, 2024 .

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record